**Electronically Filed
Supreme Court
SCAP-17-0000325
29-MAR-2019
09:41 AM**

SCAP-17-0000325

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STEPHANIE SHEVELAND, Plaintiff-Appellant,
vs.
WELLS FARGO BANK, N.A., Defendant-Appellee,
and
MASOOD M. FOADI; FAHI S. FOADI; MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; CIT BANK, N.A., formerly known as
ONEWEST BANK, FSB; OWB REO LLC, and DOE DEFENDANTS 1-50,
Defendants-Appellees.

_____

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CAAP-17-0000325; CIV. NO. 16-1-0262(1))

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal with Prejudice" filed February 25, 2019 ("stipulation for dismissal"), and the record herein,

IT IS HEREBY ORDERED that the stipulation for dismissal is approved, and the case is dismissed with prejudice.

DATED:  Honolulu, Hawaiʻi, March 29, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

